<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7717**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JOSE M. FUENTES, a/k/a Jose Fuentes Mayoral,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:03-cr-00114-HEH-1)

Submitted: April 21, 2016              Decided: April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose M. Fuentes, Appellant Pro Se. Thomas Arthur Garnett, Stephen Wiley Miller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose M. Fuentes appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the U.S. Sentencing Guidelines Manual (2014). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Fuentes, No. 3:03-cr-00114-HEH-1 (E.D. Va. Oct. 20, 2015). We deny Fuentes' motions for oral argument and for copies of criminal records at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED